#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **P.S. and C.S.,** by their Guardians **LINDA NELSON** and **RANDALL NELSON**, <br><br> *Plaintiffs,* <br> v. <br><br> **THE FARM, INC.,** <br><br> *Defendant and Cross-Claim Plaintiff,* <br> v. <br><br> **ROY BARTRAM, JANET BARTRAM** and **WYANDOT CENTER FOR COMMUNITY BEHAVIORAL HEALTHCARE, INC.,** formerly **WYANDOT MENTAL HEALTH CENTER, INC.,** <br><br> *Cross-Claim and Comparative Fault Defendants.* | Case No. 07-CV-02210-JWL-DJW |

### ORDER AUTHORIZING WYANDOTTE COUNTY DISTRICT ATTORNEY'S OFFICE TO OPEN FILES

NOW, on this 7th day of May, 2008, this matter comes before the Court on Defendant The Farm, Inc.'s Unopposed Motion for Order Authorizing Wyandotte County District Attorney's Office to Open Records (doc. 176). The Court having considered Defendant The Farm, Inc.'s Memorandum in Support of Unopposed Motion for Order Authorizing Wyandotte County District Attorney's Office to Open Records (doc. 177), the statements of counsel, the agreement of Wyandotte County Assistant District Attorney Victoria S. Meyer, and being duly advised of the premises,

IT IS, THEREFORE, BY THE COURT CONSIDERED, ORDERED, ADJUDGED AND DECREED that the Wyandotte County District Attorney's files concerning P.S., C.S., and N.B., including video tapes that are contained therein should be open for the parties review and copying.

IT IS, BY THE COURT, SO ORDERED.

s/ David J. Waxse
Hon. David J. Waxse
U.S. Magistrate Judge

Approved:

SHELTON LAW OFFICE
8417 Santa Fe Drive, Ste. 205
Overland Park, KS  66212

By:/s/Michaela Shelton
Michaela Shelton, KS# 16440
*ATTORNEY FOR PLAINTIFF*

FOULSTON SIEFKIN LLP
1551 N. Waterfront Pkway, Ste 100
Wichita, KS  67206-4466

By:/s/ Brooke Bennett Aziere
Amy S. Lemley, KS#11812
Brooke Bennett Aziere, KS#21157
*ATTORNEY FOR DEFENDANT THE FARM, INC.*

MCANANY, VAN CLEAVE & PHILLIPS, P.A.
5125 Roe Boulevard, Suite 200
Roeland Park, KS 66205

By:/s/Lawrence D. Greenbaum
Lawrence D. Greenbaum, KS#12175
*ATTORNEY FOR DEFENDANT WYANDOT CENTER*